UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ATLEISURE, LLC | ) | |
| | ) | |
| Plaintiff. | ) | Civil Action No. 1:20-cv-04662-TWT |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| SUNVILLA CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT SUNVILLA CORPORATION'S CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS**

Pursuant to LR 5.4(A), NDGa., Defendant Sunvilla Corporation certifies that on Febaruary 16, 2021, it served on Plaintiff Atleisure, LLC the following discovery requests:

- Defendant Sunvilla Corporation's First Set Of Interrogatories

- Defendant Sunvilla Corporation's First Request For Production Of Documents To Plaintiff Atleisure, LLC

February 25, 2021

*Steve Malin* (signature)

Steven Malin (pro hac vice)
Texas Bar No. 12859750
steve@malinlawfirm.com
LAW OFFICE OF STEVEN MALIN, PLLC
1400 Preston Rd, Suite 400
Plano, TX 75093
Telephone: (214) 800-5117

Walter Hill Levie III
Georgia Bar No. 415569
Stephen M. Schaetzel
Georgia Bar No. 628653
tlevie@mcciplaw.com
sschaetzel@mcciplaw.com
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 25, 2021, the foregoing document was electronically served on attorneys of record for Plaintiff.

/s/ Steven Malin